# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO EASTERN DIVISION

| | |
|---|---|
| KEITH DEDRICK, ) | CASE NO: 1:18-CV-536 |
| ) | |
| Plaintiff, ) | JUDGE SOLOMON OLIVER, JR. |
| ) | |
| v. ) | **MOTION TO WITHDRAW AS** |
| ) | **COUNSEL FOR CUYAHOGA** |
| CUYAHOGA COUNTY, ) | **COUNTY, SHERIFF PINKNEY, AND** |
| OHIO, et al., ) | **KEN MILLS** |
| ) | |
| Defendants. | |

Attorney Jennifer M. Meyer respectfully moves this Court to withdraw her appearance as counsel for Defendants Cuyahoga County, Sheriff Clifford Pinkney, and Ken Mills as she is no longer assigned to the civil division of the Cuyahoga County Prosecutor's Office. Counsel hereby advises all parties of record that Brendan D. Healy remain as counsel of record for the County Defendants.

Respectfully submitted,

By:  s/ Jennifer M. Meyer
JENNIFER M. MEYER (0077853)
Assistant Prosecuting Attorney
Cuyahoga County Prosecutor's Office
The Justice Center, Courts Tower
1200 Ontario Street, 8th Floor
Cleveland, Ohio  44113
Tel:  (216) 443-7349/Fax: (216) 443-7602
Email:  jmeyer@prosecutor.cuyahogacounty.us

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing was filed electronically on February 8, 2019. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                  s/ Jennifer M. Meyer
                                                  JENNIFER M. MEYER (0077853)