IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KEITH DEDRICK, | ) | CASE NO. 1:18 cv 00536 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| vs. | ) | **NOTICE OF SERVICE** |
| | ) | |
| CUYAHOGA COUNTY, OHIO, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On this 10th day of June, 2019, Plaintiff's Answers and Responses to Defendant Cuyahoga County's First Set of Interrogatories and Request for Production of Documents have been served by electronic mail to: Marc W. Groedel, Esq. (mgroedel@reminger.com), Brendan D. Healy, Esq. (bhealy@prosecutor.cuyahogacounty.us), Benjamin G. Chojnack, Esq. (bchojnacki@walterhav.com), and R. Todd Hunt, Esq. (rthunt@walterhav.com).

    Respectfully submitted,

    */s/ Kimberly L. Lubrani*

    **KIMBERLY L. LUBRANI**
    Ohio Bar No. 0088031
    KISLING, NESTICO & REDICK, L.L.C.
    3412 Market Street
    Akron, Ohio 44333
    Telephone | 330.869.9007
    Email | klubrani@knrlegal.com
    Telecopier | 330.869.9008

**RAYMOND V. VASVARI, JR.**
Ohio Bar No. 0055538
VASVARI & ZIMMERMAN
1301 East Ninth Street
1100 Erieview Tower
Cleveland, Ohio 44114-1844
Telephone | 216.458.5880
Email | vasvari@vasvarilaw.com
Telecopier | 216.928.0016

*Counsel for the Plaintiff, Keith Dedrick*